# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

TO: Alper Bozkurt
7812 Old Georgetown Road
Bethesda, MD 20814

Hamid Jadali, Registered Agent
Red Tomato 2 LLC
6508 Tucker Avenue
McLean, VA 22101

Alper Bozkurt, Registered Agent
Red Tomato LLC
7812 Old Georgetown Road
Bethesda, MD 20814

FROM: Judge Roger W. Titus

CC: Cameron Niakan Esq.
10101 Grosvenor Pl. #620
Rockville, MD 20852

RE: *Red Tomato, Inc. v. Bozkurt*
Civil No. RWT-11-2159

DATE: September 23, 2011

\* \* \* \* \* \* \* \* \*

On August 4, 2011, you were served with a summons in which you were notified that a lawsuit has been filed against you and that you must respond within 21 days. On September 2, 2011, Cameron Niakan, an attorney filed an answer on your behalf. On September 6, 2011, Mr. Niakan was informed that he is not member of this Court's bar and given 14 days to notify the Judge whether he intended to seek admission or if another attorney would be entering an appearance. Mr. Niakan has not notified the Court as directed.

Accordingly this Court orders the following:

1. The Clerk is hereby directed to strike Defendants' answer; and

2. On or before October 10, 2011, Defendants shall file a response to the complaint.

     Be advised that because Red Tomato 2 LLC and Red Tomato LLC are corporate entities, these entities cannot represent themselves and must be represented by an attorney. *See* Local Rule 101.1.a.

     Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                        */s/*
                                      Roger W. Titus
                                      United States District Judge