# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

TO: Cameron Niakan Esq.
10101 Grosvenor Pl. #620
Rockville, MD 20852

FROM: Judge Roger W. Titus

RE: *Red Tomato, Inc. v. Bozkurt et al.*
Civil No. RWT-11-2159

DATE: September 23, 2011

\* \* \* \* \* \* \* \* \*

On September 2, 2011, you filed an answer on behalf of the Defendants, and on September 6, 2011, this Court sent you a correspondence informing you that you are not a member of this Court's bar. The correspondence also indicated that you had 14 days to notify the Judge whether you intended to seek admission or if another attorney would be entering an appearance. You have yet to communicate with this Court.

On or before September 30, 2011, you are hereby directed to submit a status report indicating 1) whether you intend to seek admission or if another attorney will be entering an appearance in this case; and 2) why this Court should not refer this matter to this Court's Disciplinary and Admissions Committee and to Maryland Bar Counsel.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Roger W. Titus
United States District Judge